99 A.3d 829

GOLD MEDAL BAKERY, INC., PLAINTIFF–MOVANT, v. SUPER
BREAD II CORP., SUPER CAKES CORP., AND ARMENIO
N. MARTINS, DEFENDANTS–RESPONDENTS.

SUPER BREAD II CORP., THIRD–PARTY PLAINTIFF, v.
KARINA FOGLIA, THIRD–PARTY DEFENDANT.

September 9, 2014.

It is ORDERED that the motion for leave to appeal is granted.

99 A.3d 829

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. WILLIAM
L. WITT, DEFENDANT–RESPONDENT.

September 25, 2014.

It is ORDERED that the motion for leave to appeal is granted.

99 A.3d 829

NEW JERSEY DIVISION OF CHILD PROTECTION AND
PERMANENCY, PLAINTIFF–RESPONDENT, v. K.N.
AND K.E., DEFENDANTS.

IN THE MATTER OF T.E., A MINOR—MOVANT.

September 25, 2014.

It is ORDERED that the motion for leave to appeal is granted.